IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| In re:<br>Demetric Marbury,<br><br>      *Debtor(s)*. | Case No:    20-32320<br>Chapter:    13 |
|---|---|
| Demetric Marbury,<br><br>      *Plaintiff(s)*,<br><br>v.<br><br>Auto Express Inc.,<br><br>      *Defendant(s)*. | AP No.   20-03052 |

## MOTION FOR DEFAULT JUDGMENT

    **COMES NOW** Plaintiff, Demetric Marbury, by and through the undersigned counsel, pursuant to Rule 55(b)(2), Fed. R. Civ. P., as applicable by Rule 7055, Fed. R. Bankr. P., and respectfully moves this Honorable Court to enter Default Judgment in this action based upon the following:

1.     In accordance with Rule 7004, Federal Rules of Bankruptcy Procedure, Plaintiff served a *Summons* and *Complaint* on Defendant on November 12, 2020, by United States Postal Mail, first class, as evinced by the *Certificate of Service* of record with this Honorable Court.  (See Ct. Doc. 5).  Such service was perfected upon Defendant's Registered Agent as so stated in the *Certificate of Service*.  The answer, pleading or otherwise response of

1

Defendant was due on or before December 21, 2020. (See Ct. Doc. 3; see also Fed. R. Bankr. P. 7012(a)). Defendant has failed to answer, plead or otherwise respond to Plaintiff's *Complaint* as is required by the Rules.

2. The Clerk of this Honorable Court entered default on the civil docket on January 8, 2021. (See Ct. Doc. 10).

3. The Defendant has not engaged in this matter since the entry of default.

4. Based upon information and belief, the Defendant is neither in the military service nor considered either an infant or incompetent person.

**WHEREFORE, THE PREMISES CONSIDERED,** Plaintiff respectfully moves the Clerk of this Honorable Court for the entry of default against Defendant and to set this matter for an evidentiary hearing on damages.

**RESPECTFULLY SUBMITTED** on this January 11, 2021.

/s/ Anthony B. Bush
Anthony Brian Bush
Special Counsel

**OF COUNSEL:**
The Bush Law Firm, LLC
Counsel for Plaintiff
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, Alabama 36116
Phone: (334) 263-7733
Facsimile: (334) 832-4390
Email: anthonybbush@yahoo.com
abush@bushlegalfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 11, 2021, I served a true and correct copy of the foregoing document as follows:

By CM/ECF:        All Parties of Record

By fax or email:     N/A

By first class mail, postage prepaid and properly addressed:

      Auto Express Inc.
      c/o Arthur G. Douglas, Registered Agent
      3530 Gas Light Curve Suite 10
      Montgomery, Alabama 36116-1787

      Auto Express Inc.
      901 West South Boulevard
      Montgomery, Alabama 36105

                                /s/ Anthony B. Bush
                                Of Counsel